1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, CA 94612
6       Telephone: (510) 637-3680
        Fax: (510) 637-3724
7       E-Mail: andrew.huang@usdoj.gov

8  Attorneys for Plaintiff

FILED
OCT 20 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-71127 MAG (LB) |
| Plaintiff, ) | STIPULATION OF THE RE WAIVER OF TIME FOR PRELIMINARY HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. ) | |
| MAHENDAR SINGH, ) | |
| Defendant. ) | |

The parties appeared before the Court on October 20, 2011 concerning detention and conditions of release. The defendant hereby waives time for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and the parties hereby stipulate and move the Court for an Order excluding time under the Speedy Trial Act through the next hearing date, November 10, 2011.

Counsel for the defendant believes that postponing the preliminary hearing is in her client's best interest and that it is not in her client's best interest for the United States to present an indictment before the otherwise required preliminary hearing date. Furthermore, the defendant was under medical care from October 14, 2011 through October 19, 2011 and was not available for consultation with his attorney in a confidential environment. The parties agree that

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

1  – taking into account the public interest in prompt disposition of criminal cases – good cause
2  exists for this extension. For defendants who are in custody, Federal Rule of Criminal Procedure
3  5.1(c) permits the Court to hold a preliminary hearing no later than 14 days after the defendant's
4  initial appearance, which would be October 20, 2011. The defendant agrees to waive the time for
5  preliminary hearing under Rule 5.1(c). .
6      The Speedy Trial Act requires that an information or indictment be filed within 30 days
7  of a defendant's arrest. 18 U.S.C. § 3161(b). In this case, the defendant also agrees to toll and to
8  waive, for purposes of the Speedy Trial Act, the period from this date to the next hearing date,
9  __11/10__, 2011. The parties agree and stipulate that the delay resulting from this
10 continuance serves the ends of justice and that such action outweighs the best interest of the
11 public and the defendant in a speedy trial. Specifically, defense counsel, who assumed
12 representation of the defendant in this case on October 6, 2011, is investigating and obtaining
13 information about this case. The parties therefore stipulate that an exclusion of time under the
14 Speedy Trial Act for continuity of counsel and effective preparation of counsel is warranted
15 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

17 **SO STIPULATED.**
18 DATED: October 20, 2011

MAHENDAR SINGH

JOYCE LEAVITT, Esq.
Counsel for Mahendar Singh

MELINDA HAAG
United States Attorney

ANDREW S. HUANG
Assistant United States Attorney

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)

### [PROPOSED] ORDER

The Court finds, based on the record and the Stipulation above, that the delay resulting from the continuance of this matter to _____11/10_____, 2011 serves the ends of justice and that such action outweighs the best interest of the public and the defendant in a speedy trial. Specifically, the Court finds that denying such a continuance would deny the defendant continuity of counsel and deny defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence. Therefore, IT IS HEREBY ORDERED that the period of time between the date of this Order and _____11/10_____, 2011 be excluded for Speedy Trial Act purposes.

DATED: __10/20/11__

_____
Hon. LAUREL BEELER
United States Magistrate Judge

STIP. RE PRELIMINARY HRG & SPEEDY TRIAL ACT
No. 11-71127 MAG (LB)